IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-06090-EAG7 |
| WILMA VELAZQUEZ CORTES | Chapter 7 |
| Debtor | |
| PUERTO RICO ELECTRIC POWER AUTHORITY | ADVERSARY NUMBER: 20-00027-EAG |
| Plaintiff | |
| v. | |
| WILMA VELAZQUEZ CORTES | |
| Defendant(s) | FILED & ENTERED ON FEB/19/2020 |

ORDER SETTING INITIAL SCHEDULING CONFERENCE

TO THE ATTORNEY IN THE ABOVE CASE:

You are hereby notified that on order of the Honorable Edward A. Godoy, an initial scheduling conference in the above captioned case will be held on June 11, 2020 at 10:00 AM at the United States Bankruptcy Court, Southwestern Divisional Office, MCS Building, Second Floor, 880 Tito Castro Avenue, Ponce, Puerto Rico. This conference will be governed by Rule 7016 of the Rules of Bankruptcy Procedure and Rule 16 of the Local Rules of the U.S. District Court for the District which is hereby adopted to be used in this proceeding.

IT IS SO ORDERED that each party be represented by the attorney who expects to conduct the actual trial and that each attorney be familiar with the rules of pre trial aforementioned.

Counsels are directed to meet informally prior to the date of the initial scheduling conference to discuss settlement, and if settlement cannot be reached, to discuss any necessary discovery and to schedule a pre-trial hearing date. A meeting of counsel on the date of the initial scheduling conference does not comply with the spirit of this Order.

IT IS FURTHER ORDERED that failure to comply with this order may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of February, 2020.

Edward A. Godoy
United States Bankruptcy Judge